## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

JENNY RADER, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.                                                                                     Civ. No. 20-559 JAP/JHR

SANDIA LABORATORY FEDERAL CREDIT UNION,

    Defendant.

## FINAL JUDGMENT

In accordance with Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order (Doc. 34),

**IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
SENIOR UNITED STATES DISTRICT JUDGE